**Order entered October 22, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00359-CV

### LEE PURSER, Appellant

### V.

### BRENT L. CORALLI, JET TEXT, LLC, AND CORALLI, INC., Appellees

**On Appeal from the 401st Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 401-05082-2013**

## ORDER

By order entered September 11, 2015, we directed appellant to file his brief no later than October 12, 2015. Although more than ten days have passed since that deadline, the brief still has not been filed. Accordingly, we **ORDER** appellant to file his brief no later than November 6, 2015. We caution appellant that failure to timely file the brief may result in dismissal of the appeal without further notice. *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b),(c).


/s/     CRAIG STODDART
          JUSTICE